AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**1424 R STREET, NW, #401**
**WASHINGTON, DC 20009**

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

### CASE NUMBER:

(Further described below)

I _____ELLEN RIPPERGER_____ being duly sworn depose and say:

I am a(n) <u>Special Agent with the United States Secret Service</u> and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**1424 R STREET, NW, #401, WASHINGTON, DC 20009**
See Attached Affidavit

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See Attachments A, B, and the affidavit submitted in support of the application for this warrant which are incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of crime and other contraband and property designed or intended for use as a means of committing a criminal offense.

concerning a violation of Titles <u>18</u> United States Code, Section(s) <u>1028.</u>  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.      ☒ YES   ☐ NO

Steven Durham
Fraud and Public Corruption/5th Floor
(202) 514-8316

Signature of Affiant
ELLEN RIPPERGER, Special Agent
United States Secret Service

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

<u>AFFIDAVIT IN SURRPORT OF SEARCH WARRANT FOR:</u>

**1424 R STREET, NW #401, WASHINGTON, DC 20009**

I, Special Agent Ellen Ripperger, being duly sworn, depose and state as follows:

## I.    **Introduction**

1.     I am a Special Agent (hereafter "SA") with the United States Secret Service (hereafter "USSS") and have been employed by the USSS since October 9, 2001. I have received formal training in the investigation of financial crimes, including access device fraud, the counterfeiting of United States monetary obligations and securities, and identity theft. I was formally trained as a Criminal Investigator at the Federal Law Enforcement Training Center in Glynco, Georgia, and as a Special Agent at the USSS's James J. Rowley Training Center in Beltsville, Maryland. During my tenure, I have investigated cases involving check fraud, the counterfeiting of United States monetary obligations and securities, access device fraud, identity theft, and bank fraud. I am currently assigned to the USSS Washington Field Office, Metro Area Fraud Task Force and investigate violations of federal laws, including violations of 18 U.S.C. § 1028.

2.     The information contained in this affidavit is based on: (1) my personal knowledge and observations made by me during the course of this investigation; (2) information conveyed to me by other law enforcement officials, financial institution personnel, and other witnesses; (3) my review of other evidence obtained during the investigation. Since this affidavit is submitted for the limited purpose of establishing probable cause, I have not set forth each and every fact I know regarding this investigation.

3.     This affidavit contains information necessary to support probable cause for a search warrant of 1424 R Street, NW #401, Washington, DC 20009 (as described in Attachment A), charging that the resident of this apartment, Rashelle Henderson, is involved in an ongoing scheme to defraud individuals and institutions in violation 18 U.S.C. § 1028,  and did with intent "…knowingly transfer or use, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law". Furthermore, there is

probable cause to believe that evidence, fruits and instrumentalities of these offenses, (as described in Attachment B) will be found at 1424 R Street, NW #401, Washington, DC 20009.

**II.   Details of Probable Cause for Search Warrant**

4.      For over five months now, I have been conducting an identity theft investigation in Washington, DC.  All identified victims thus far have been employees, applicants, or interns of the District of Columbia Public Schools.  Information culled from these victims led me to identify Tashana Crews, a resident of 4364 7th Street, SE, #201, Washington, DC 20032, as a suspect.  Crews and a co-conspirator, identified as RaShelle Henderson, have been opening credit accounts using the victims' social security numbers, names, and dates of birth without their knowledge or permission.  A search warrant was executed at 4364 7th Street, SE #201, Washington, DC on 4/19/07, which yielded many investigative leads, to include Henderson's identity and place of employment: the District of Columbia Public Schools.  Since the search warrant, Crews has cooperated with law enforcement and proven to be reliable.  During an interview subsequent to the warrant, Crews stated that Henderson, working in her capacity as a Support Assistant for the Office of Professional Development, District of Columbia Public Schools, would steal the personal identifiers of District of Columbia Public Schools personnel.  Henderson would use Crews' personal Yahoo email account, nikeboothoney@yahoo.com, to send Crews the stolen identifiers.  (A subpoenaed IP address log of the nikeboothoney@yahoo.com account shows that the IP address of 166.91.254.254, which is registered to the District of Columbia Public Schools, appeared numerous times supporting Crews' claim that Henderson used Crews' personal email account while at work.)  Crews further stated that both she and Henderson used the 'nikeboothoney' account to order clothing, electronic products, and other goods fraudulently through this account on the internet.  After the search warrant was executed, it was determined from seized evidence that Crews had in her possession over 200 names and social security numbers.  It has been further determined that at least 50 are District of Columbia Public School employees.  Subsequent to the warrant, Crews showed USSS agents where Henderson lived and stated that she had been inside Henderson's apartment and seen items that had been purchased fraudulently in Henderson's apartment.

5.      On 5/4/07, Crews stated that she knew Henderson had purchased a bed using stolen personal identifiers and that she had seen the bed in Henderson's apartment. Crews placed a consensual phone call to Henderson at her place of employment, the District of Columbia Public Schools.  During the conversation, Crews told Henderson that she was looking for a bed for her mother and inquired if the bed Henderson ordered was sturdy.  Henderson told her she ordered the bed from 'bed.com' and that she likes it. During the conversation, Henderson also admitted to ordering a nightstand from Bombay (Company), and stated that there furniture is 'top of the line.'  Crews asked if she could use the same information (meaning stolen personal identifiers) to order a bed herself, but Henderson stated that she could not remember who she used.  Henderson then stated she would send further information for Crews to purchase a bed.

6.      On 2/26/07, I interviewed Hiranya Parakrama, a former intern with the District of Columbia Public Schools.  A review of Parakrama's credit report revealed a Citi Bombay Company card had been opened with her name and social security number without her knowledge or permission.  The Bombay account # 6035263014807077 used the email address of www.nikeboothoney@yahoo.com and the shipping address of 4364 7th Street, SE, #201, Washington, DC 20032.  The unpaid balance on the account is $3,562.76.  When the warrant was executed at 4364 7th Street, SE, #201, Washington, DC, there was no Bombay Company furniture found.

7.      On 4/25/07, Crews gave me her email password and signed a consent to search form giving me permission to look at her 'nikeboothoney' account for emails containing fraudulent information from Henderson.  In subsequent conversations with Crews, she has reiterated that this consent is ongoing as she has not changed the password and she says she no longer accesses the account.    Looking at the 'nikeboothoney' account, there were numerous emails sent from "Shawnie Crews" at nikeboothoney@yahoo.com to nikeboothoney@yahoo.com.  One such email contained the personal identifiers of Hiranya Parakrama with the subject of "LOOK!!!!!!!!!!!!!". There were additional emails from  "Rashelle Henderson" at bugsby99@yahoo.com with the personal identifiers of at least two victims.  One of those two is Dina Carbajal-Palacios, who works for the District of Columbia Public Schools.  Carbajal-Palacios has

had numerous accounts opened fraudulently using her personal identifiers and a misspelled version of her name without her knowledge or permission.

8.      On or about 5/14/07, I checked the 'nikeboothoney' account for an email Henderson had told Crews she would send. While I did not see that email, I did see an email marked as read addressed to a 'Ms Bawk' from women's retailer Newport News. The email requested further information before a pending order could be shipped.

9.      On 5/17/07, I spoke with Newport News investigator Dick McGrew in reference to the 'Bawk' Newport News transaction. After further investigation, McGrew stated that there are approximately forty (40) possible fraudulent accounts with his company that all use different names, social security numbers, and dates of birth but can be linked through the 7th Street address or the 'nikeboothoney' account.

10.     On 5/18/07, Detective Charlie Pak, Alexandria Police Department, and I went to interview Crews at her residence. When we arrived at Crews' apartment, she produced a large box sent from Newport News in the name of 'Holly Bawk'. Crews stated that Henderson had ordered it and had it shipped to her house. Crews again agreed to make a consensual phone call to Henderson about the box. Crews asked Henderson about the box and the name the box was ordered in. Henderson stated that the name on the box was an alias. Crews also asked Henderson about a pair of shoes that were in the box that were a large size. Henderson stated that she had to order a larger size because they run small. Henderson subsequently agreed to come to Crews' house to pick up the box. Henderson also agreed to send more fraudulent information to Crews. Shortly thereafter, Crews drove to my office with the box. Detective Pak again checked the contents of the box, which included two pairs of shoes, a pair of pajamas, and a jumper, and re-sealed it with blue tape and duct tape. Crews then drove to 215 G Street and went inside to meet Henderson. Both Henderson and Crews were subsequently observed walking to and talking in the parking lot. We further observed Crews put the box with the blue tape in the back seat of Henderson's green 1995 Oldsmobile with DC license plate CT-1584. After the transaction was complete and the box was placed in the 1995 Oldsmobile registered to Henderson, we interviewed Crews. Crews stated that Henderson refused to take possession of the box herself because she was aware that the parking lot had many cameras. She further stated that if she had known Crews was going

to stop by, she would have prepared information for her. Crews took 'information' to mean stolen names and identifiers from District of Columbia Public School employees. Henderson's car remained under surveillance; at approximately 5:30pm, Henderson was observed getting into the car and leaving the District of Columbia Public Schools parking lot with the box in her back seat. Upon Henderson's return to her home, at 1424 R Street, NW, she was observed moving the box with the blue tape, from the back seat of the Oldsmobile into the trunk. The box had obviously been opened, as previously identified contents were seen slipping out the top of the box.

11.     Since identifying Henderson as a co-conspirator in this scheme, it has been obvious that she is attempting to insulate herself from incrimination. Henderson has repeatedly used Crews' nikeboothoney' account to send stolen identifiers to Crews; she has used Crews' 7th Street address as a shipping address for ordering merchandise that is clearly for her own personal benefit (the Newport News clothing items were ordered in a small woman's size and Henderson is a very petite female); and Henderson had Crews place the Newport News box in her trunk because of the cameras in the District of Columbia Public Schools building parking lot. According to Ms. Mitchell, the leasing manager at 1424 R Street where Henderson resides, it is difficult for residents to receive packages if they are not home during the day because there is a security door preventing delivery people from accessing specific apartments and residents; specific apartments and residents, not the leasing office, are responsible for accepting packages. Since Henderson has confirmed during a consensual phone call that her work hours are 8:45am-5:15pm, it is apparent she is not home and available to receive packages. Further, during my conversation with Mitchell, she stated that to her knowledge Henderson is not employed and that she is currently a student. Henderson is provided government assistance with her rent based upon her employment status. In Henderson's District of Columbia Public Schools personnel file, she has listed her mother's address - 3578A Hayes Street, NE #102, Washington, DC 20019 (an address that has also been used for shipping items obtained fraudulently) – as her own address. Presumably, this was done, again, to insulate Henderson from incrimination.

## III.    **Request for Search Warrant**

12.     Based upon what I have witnessed in this particular investigation, what I have learned about Henderson, and my experience investigating identity theft, it is common for suspects to store the evidence, fruits and/or instrumentalities of their crimes within their homes.  Therefore, I respectfully submit that there is probable cause to believe that evidence, fruits and/or instrumentalities of identity theft, in violation of 18 U.S.C. § 1028, will be found in  Henderson's apartment at 1424 R Street, NW #401, Washington, DC 20009.

.

Special Agent Ellen Ripperger

United States Secret Service

Sworn to and subscribed before me this _____ day of May, 2007

_____

United States Magistrate Judge

District of Columbia

**ATTACHMENT A**

APARTMENT TO BE SEARCHED

1424 R Street, NW is a four-story red-brick building with a large concrete and brick staircase that runs across the front of the building providing access to the street. The numbers 1424 are at the top of the entryway, clearly visible from the street. The entry door is glass, and an intercom box for admittance is located to the right of the door. Apartment #401 is located on the fourth floor at the front of the building with windows that face R Street. The fourth floor is accessible only by stairs. The door to #401 is a beige metal door, as are the door frames. The numbers #401 are visible at the top of the door.

**ATTACHMENT B**

ITEMS TO BE SEARCHED AND SEIZED

Evidence and proceeds relating to identity theft including, but not limited to, the following:

RECORDS/DOCUMENTS/MATERIALS

A.)     Search the premises for any evidence relating to identity theft as described in this application and seize any assets related to credit card fraud and identity theft, and;

B)      Search and seize records, documents, and materials containing information of past and present criminal activity relating to the aforementioned criminal activity. The terms "records," "documents," and "materials" includes records in all forms, such as those on paper, in any photographic form, in any mechanical form including, but not limited to, any handmade form (such as writing, drawing, painting, with any implement on any surface, directly or indirectly); any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies); any mechanical form (such as tape recordings, cassettes, as well as printouts or readouts from any magnetic storage device), and any form that is stored in electronic or magnetic form on hard drives, compact disks, zip disks, magnetic tapes or floppy disks, and;

C)      Seize any applications for credit, check cashing privileges, supermarket cards or similar applications not in the lawful possession of the occupant, and;

D)      Seize any financial instrument such as checks, money orders, wire transfers, credit cards, or other similar devices not lawfully in the possession of the occupant, and;

E)      Seize any documents belonging to or relating to any bank or credit card company, their customers, their vendors, or similar suppliers of bank property, and;

F)      Search and seize any ledgers, books, records, correspondence, applications, facsimile transmissions, notes or receipts relating to expenditures to include the acquisition, conversion, movement, transfer, and disbursement of monies, funds, and financial instruments.

G)      Search and seize bank statements, deposit slips, canceled checks and related records, credit cards, gift cards, money drafts, letters of credit, wire transfers, money orders and cashier's checks and receipts, treasurer's checks, bills of sale, installment contracts, real estate records, passbooks, bank checks, safe deposit box contracts and keys, money wrappers, and any other items evidencing the obtaining, secreting, transferring, concealment, and/or expenditure of illegal proceeds.

H)      Search and seize addresses and/or telephone books, rolodex indices, and any
        papers reflecting names, addresses, telephone numbers, pager numbers, and fax
        numbers of financial institutions, and other individuals or businesses with whom a
        financial relationship exists.

I)      Search title and lien records, purchase or lease agreements.

J)      Seize any and all fruits, instrumentalities, and evidence of crimes related to
        identity theft to include but not limited to any and all identification documents
        and/or records.

K)      Seize any items purchased with a credit card not lawfully in the possession of the
        occupant to include, but not limited to, electronics, cellular telephones, and gift
        cards.

L)      Open and search any safes, boxes, bags, compartments, or things in the nature
        thereof, locked or otherwise, found in said vehicle;

M)      Seize all computers, monitors, keyboards, printers, cables, modems, software,
        hardware, instruction manuals, password documents, encryption and password
        codes and other computer equipment and accessories, and their stored
        information, and to remove said computer equipment from its location for a
        thorough examination at a controlled site when a search warrant is obtained, and;

N)      Seize, open, and search all evidence, namely: mail, records, receipts, notes,
        ledgers, and other papers relating to financial crime and hidden assets, to include:
        bank statements, checks, checkbooks, deposit slips, money drafts, letters of credit,
        wire transfers, money orders, cashiers checks, pass books birth certificates and
        any other forms of identification, and any other items evidencing the secreting,
        transfer, concealment and expenditure of money;

O)      Seize Social Security Administration documents, including Social Security Cards
        and/or applications for Social Security Cards that appear to be related to
        individuals other then the residents, and;

P)      Seize all cell phones, pagers, telephone  records and bills that might evidence
        phone calls to and from co-conspirators banks/victims, and seize any of these
        records that might be pertinent to this investigation, and;

Q)      Examine all telephone books, both personal and commercially printed,
        particularly if the books are marked in any fashion which suggests that calls were
        made to associates, and seize  any such books that appear to be pertinent to this
        investigation, and;

R)      Seize any receipts or other documents of any sort that appear to be related to the

initial purchase, subsequent trade or resale of any stocks, bonds, mutual funds, annuities, insurance policies and/or goods unlawfully purchased with monies obtained via this fraudulent scheme, and;

S)    Examine any fax machines, caller ID terminals, pagers, printers, scanners, embossing machines, encoding machines, typewriters, manual or electronic equipment or components, i.e. Personal Computers, used to print and store information, and seize any such items that appear to be pertinent to this investigation, and;

T)    Seize travel records, including but not limited to, passports, visas, airline tickets, boarding passes, and  airline ticket receipts, and;

U)    Seize United States currency in large denominations, and;

V)    Seize photographs that are pertinent to this investigation.