AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**1424 R STREET, NW, #401**
**WASHINGTON, DC 20009**

**FILED**

JUN 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SEARCH WARRANT**

**07-240-M-01**

CASE NUMBER:

TO: __ELLEN RIPPERGER__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SPECIAL AGENT, ELLEN RIPPERGER who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**1424 R STREET, NW, #401, WASHINGTON, DC 20009**
See Attached Affidavit

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Schedules A, B, and the affidavit submitted in support of the application for this warrant which are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____JUN 05 2007_____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

__MAY 24 2007  3:12 pm__   at Washington, D.C.
Date and Time Issued

**ALAN KAY**
__U.S. MAGISTRATE JUDGE__
Name and Title of Judicial Officer                Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/24/07 | 5/25/07 12pm | at residence - no one present |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| SA Patrick Miller |

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

See attached

**FILED**

JUN 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this Inventory is a true and detailed account of the person or property taken by me on the warrant.

X [signature]

Subscribed, sworn to, and returned before me this date.

_John M. Facciola_
U.S. Judge or U.S. Magistrate Judge

06/06/07
Date

115-771-83359-S                                        5/25/07

# EVIDENCE INVENTORY FORM

Page __1__ of __5__

Item # __1__  PRIMARY LOCATION: 1424 R Street NW, WDC
Exhibit # __1__  SPECIFIC LOCATION: Living Room on floor

DESCRIPTION OF ITEM(S) SEIZED: HP Laptop (silver) Serial # CND62021ZG

Item # __2__  PRIMARY LOCATION: 1424 R Street NW, WDC
Exhibit # __1__  SPECIFIC LOCATION: Masterbedroom closet in black case (safe)

DESCRIPTION OF ITEM(S) SEIZED: Vehicle title, assault weapon magazine with numerous rounds, W2 for magazine of rounds (turned over to Uniformed Division)

Item # __3__  PRIMARY LOCATION: 1424 R Street NW, WDC
Exhibit # ____  SPECIFIC LOCATION: Hall closet

DESCRIPTION OF ITEM(S) SEIZED: Dell Laptop Computer Service tag #2KB6L21; also CD-rom labeled NG 2.0

PREPARER'S INITIALS __HSR__

DISTRIBUTION
ORIGINAL COPY — Issuing Judge
YELLOW COPY — Officer
PINK COPY — Recipient

115-771-83339-S

5/25/07

## EVIDENCE INVENTORY FORM

Page __2__ of __5__

Item # __4__
Exhibit # _____

PRIMARY LOCATION: 1424 R St. N.W. WDC.
SPECIFIC LOCATION: Kitchen drawers

DESCRIPTION OF ITEM(S) SEIZED: Miscellaneous Receipts, Checks

Item # __5__
Exhibit # _____

PRIMARY LOCATION: 1424 R St. N.W. WDC
SPECIFIC LOCATION: Masterbedroom Nightstand under fish Tank

DESCRIPTION OF ITEM(S) SEIZED: 2 Thumb drives and 6 - CD's

Item # __6__
Exhibit # _____

PRIMARY LOCATION: 1424 R. St. N.W. WDC.
SPECIFIC LOCATION: Masterbedrm - Shoebox on top of the Nightstand

DESCRIPTION OF ITEM(S) SEIZED: 4 blank CD's

PREPARER'S INITIALS CHSR

DISTRIBUTION
ORIGINAL COPY — Issuing Judge
YELLOW COPY — Officer
PINK COPY — Recipient

115-771-83324-5

5/25/07

# EVIDENCE INVENTORY FORM

Page 3 of 5

Item # 7
Exhibit # _____

PRIMARY LOCATION: 1424 R. St. N.W., WDC
SPECIFIC LOCATION: Living Rm. on top of T.V.
DESCRIPTION OF ITEM(S) SEIZED: 4 CDs and one 8mb memory card - Playstation 2

Item # 8
Exhibit # _____

PRIMARY LOCATION: 1424 R. St. N.W. WDC
SPECIFIC LOCATION: Master bedroom - inside snake's cage
DESCRIPTION OF ITEM(S) SEIZED: one small photo

Item # 9
Exhibit # _____

PRIMARY LOCATION: 1424 R. Street NW, WDC
SPECIFIC LOCATION: Master bedroom - from picture frame on night stand
DESCRIPTION OF ITEM(S) SEIZED: 1 4x6 photo of a black male in a yellow shirt

PREPARER'S INITIALS CHSR

DISTRIBUTION
ORIGINAL COPY — Issuing Judge
YELLOW COPY — Officer
PINK COPY — Recipient

5/25/07

115-771-83339-S

# EVIDENCE INVENTORY FORM

Page __4__ of __5__

Item # __10__
Exhibit # _____

PRIMARY LOCATION: 1424 R. Street NW, WDC
SPECIFIC LOCATION: Masterbedroom - on stand beside television
DESCRIPTION OF ITEM(S) SEIZED: 1- Direct Deposit Sign up form; 1- Precash (Pay.Swipe.Go) Card - name:

Item # __11__
Exhibit # _____

PRIMARY LOCATION: 1424 R. St. N.W. WDC.
SPECIFIC LOCATION: Masterbedroom on top of T.V.
DESCRIPTION OF ITEM(S) SEIZED: (1) D.C. Notary Public embosser stamp (2) stamp - (3) misc notary public documents

Item # __12__
Exhibit # _____

PRIMARY LOCATION: 1424 R. St. N.W. WDC
SPECIFIC LOCATION: Masterbedroom - Clothes Hamper
DESCRIPTION OF ITEM(S) SEIZED: One burgundy leather address book

PREPARER'S INITIALS __HSR__

115-771-83339-S

5/25/07

# EVIDENCE INVENTORY FORM

Page 5 of 5

Item # 13
Exhibit # _____

PRIMARY LOCATION: 1424 R Street NW, WDC
SPECIFIC LOCATION: Master bedroom - in mattress

DESCRIPTION OF ITEM(S) SEIZED: AK47 type assault weapon SN: 9-51535-03 (looks handwritten/etched on gun) turned over to Uniformed Division

Item # 14
Exhibit # _____

PRIMARY LOCATION: 1424 R Street NW, WDC
SPECIFIC LOCATION: Living Room - top of TV

DESCRIPTION OF ITEM(S) SEIZED: picture of boyfriend and friends

Item # _____
Exhibit # _____

PRIMARY LOCATION: _____
SPECIFIC LOCATION: _____

DESCRIPTION OF ITEM(S) SEIZED: _____

PREPARER'S INITIALS: HSR

DISTRIBUTION
ORIGINAL COPY — Issuing Judge
YELLOW COPY — Officer
PINK COPY — Recipient